## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL H. JUMPER, | ) |
| Petitioner/Defendant, | ) |
| vs. | ) CIVIL NO. 08-759-GPM |
| | ) CRIMINAL NO. 05-30174-GPM |
| UNITED STATES of AMERICA, | ) |
| Respondent/Plaintiff. | ) |

# ORDER

**MURPHY, District Judge:**

A jury convicted Petitioner on two counts involving the distribution of marijuana. He was sentenced to 188 months imprisonment, five years supervised release, a fine of $1000, and a special assessment of $200. On appeal, Petitioner challenged the Court's denial of his motion to exclude portions of his videotaped testimony, but his conviction was affirmed. *United States v. Jumper*, 497 F.3d 699 (7th Cir. 2007). Subsequently, Petitioner filed the instant motion under 28 U.S.C. § 2255. In this motion, he raises three instances of ineffective assistance of counsel: (1) failure to object to the computation of his criminal history, (2) failure to present his "leadership" argument on appeal, and (3) failure to provide him with discovery materials.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

DATED: 12/29/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge